JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-10840-GW-PVCx | Date | March 15, 2021 |
| Title | *Crystal Toney v. Capacity West LLC* | Page | 1 of 1 |

Present: The Honorable   **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS - ORDER**

On November 30, 2020, Defendant Capacity West, LLC, removed this class action lawsuit to federal court on the basis of diversity jurisdiction under 28 U.S.C. §§ 1332, 1441 and 1446.  *See* Notice of Removal, Docket No. 1.  The complaint alleged eight causes of action under state law.  *See* Complaint, Docket No. 1-2.

On December 30, 2020, Plaintiff filed a motion to remand asserting that the complaint did not establish that the $75,000 jurisdiction requirement.  *See* Docket No. 9.  On January 28, 2021, this Court provided counsel with a tentative ruling indicating that the Court was inclined to grant the dismissal and heard oral argument on the motion, took the matter under submission, and allowed Defendant to file supplemental briefing on the issue.  *See* Docket No. 15.  On February 4, 2021, Defendant filed a supplemental brief.  *See* Docket No. 16.

This Court has reviewed the supplemental filing but remains convinced that its tentative ruling is correct.  Therefore, for the reasons stated in the tentative ruling, the Court grants Plaintiff's motion to remand.  The case will be remanded back to state court forthwith.